**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DARRIEL E. BROWN, as Administrator　　　　　　　　　　　　　　　　　　　PLAINTIFF
for the ESTATE OF TERREN J. BROWN,
Deceased

v.　　　　　　　　　　　　No. 4:05CV00913 JLH

JOSH SCHERREY, Individually and In His
Official Capacity as a Police Officer in and for
Little Rock; DENNIS BALL, Individually and
In His Official Capacity as a Police Officer in and
for Little Rock; and CITY OF LITTLE ROCK　　　　　　　　　　　　　　DEFENDANTS

**JUDGMENT**

　　　Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of the defendants. Plaintiff's complaint is dismissed with prejudice.

　　　IT IS SO ORDERED this 20th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE